JS6

Brian P. Barrow (State Bar No. 177906)
**SIMON, EDDINS & GREENSTONE LLP**
301 Ocean Boulevard, Suite 1950
Long Beach, California 90802
Telephone: (562) 590-3400
Facsimile: (562) 590-3412
E-mail: bbarrow@seglaw.com

Attorneys for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT

DEC - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY VAUGHT et al., | Case No. CV08-7330 R JTL |
| Plaintiffs, | Judge Manuel L. Real |
| vs. | **ORDER FOR REMAND OF CASE TO STATE COURT** |
| AGCO CORPORATION et al., | |
| Defendants. | |

For good cause appearing and based on the parties' stipulation, it is hereby ordered that this case be remanded to state court.

Dated: Dec. 2, 2008

_____
Hon. Manuel L. Real